**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT THOMSON, | No. 12-56236 |
| Plaintiff-Appellant, | D.C. No. 2:11-cv-06154-SJO-JC |
| v. | |
| LOS ANGELES COUNTY SHERIFFS DEPARTMENT, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Submitted October 25, 2016[**]

Before:     LEAVY, SILVERMAN, and GRABER, Circuit Judges.

Robert Thomson appeals from the district court's summary judgment in his

42 U.S.C. § 1983 action alleging a violation of his Second Amendment rights.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Peruta v. County of San Diego*, 824 F.3d 919, 925 (9th Cir. 2016) (en banc), and we affirm.

In *Peruta v. San Diego,* this court held that a member of the general public does not have a right under the Second Amendment to carry a concealed firearm in public, and that a state may impose restrictions, including a showing of good cause, on concealed carry.  *Id* at 939.  The San Diego and Yolo County Sheriff's Department policies interpreting the California statutory good cause requirement at issue in *Peruta* therefore survived a Second Amendment challenge.  *See id.*  For the same reasons the Los Angeles County Sheriff's Department's policies interpreting the California statutory good cause requirement do not violate the Second Amendment.

**AFFIRMED.**